**Mark A. TREECE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54495.**

Missouri Court of Appeals, Western District.

Jan. 20, 1998.

David Gallego, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM.

Mark A. Treece appeals the circuit court's judgment denying his motion, filed pursuant to Rule 24.035, to vacate judgment and sentence following his guilty plea to charges of second-degree burglary and felony stealing. We affirm. Rule 84.16(b).